<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s)</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION</td></tr>
<tr><td rowspan="3">In re:<br>Janet Jo Ann Harrill<br><br>Debtor(s).</td><td>CASE NO.:<br>CHAPTER: 7</td></tr>
<tr><td>DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]</td></tr>
<tr><td>[No hearing required]</td></tr>
</table>

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/03/2026 Janet Jo Ann Harrill
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2